No. 95–8484. JIM W. *v.* MARGENE L. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–8516. KLEINSCHMIDT *v.* DISTRICT COURT OF APPEAL OF FLORIDA, FIRST DISTRICT, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 95–8522. ALVAREZ *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–8523. DUKES *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8526. HAMMOND *v.* LINDLER, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8532. SCHWARZ *v.* UNITED STATES FIDELITY & GUARANTY CO. ET AL. Sup. Ct. Utah. Certiorari denied.

No. 95–8547. MARSH *v.* DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8549. BOWEN *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 95–8564. HASA *v.* NEVADA ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8586. MCLAUGHLIN *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 95–8590. BARBEE *v.* PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–8597. SCOTT *v.* MOYER, CHIEF JUSTICE, SUPREME COURT OF OHIO, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 95–8603. PRIVETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8639. HUNTER *v.* BOYD ET AL. C. A. 8th Cir. Certiorari denied.